People ex rel. Razzano v Hunka (2023 NY Slip Op 05219)

People ex rel. Razzano v Hunka

2023 NY Slip Op 05219

Decided on October 16, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 16, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
BARRY E. WARHIT
JANICE A. TAYLOR, JJ.

2023-05836

[*1]The People of the State of New York, ex rel. Janice Razzano, on behalf of Helen J. Razzano, petitioner,
v
Ruanne Hunka, etc., et al., respondents.

Akiva Shapiro Law, PLLC, Old Bethpage, NY (Akiva Shapiro of counsel), for petitioner.
McDermott & Mandery, LLP, Ronkonkoma, NY (Robert G. McDermott of counsel), for respondent Ruanne Hunka.
Law Offices of Clifford A. Meirowitz, PLLC, New York, NY (Clifford A. Meirowitz and Schlam Stone & Dolan LLP [Jeffrey M. Eilender], of counsel), for Helen J. Razzano.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Helen J. Razzano from the respondents' custody.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The petitioner has not established her right to habeas corpus relief (see People ex rel. Toriola v Little Neck Nursing Home, 102 AD3d 712; see generally State of New York ex rel. Headley v Connor, 87 AD2d 511).
CONNOLLY, J.P., GENOVESI, WARHIT and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court